IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MICHAEL PIERCE, | : | Civil No. 3:25-cv-525 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| GOVERNMENT OFFICIALS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 24th day of March, 2025, upon preliminary consideration of Plaintiff's complaint (Doc. 1), and in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The application to proceed *in forma pauperis* is **GRANTED**. (Doc. 15).

2. The complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), (iii) and 28 U.S.C. §§ 1915A(b)(1), (b)(2).

3. Plaintiff shall **FILE** a proposed amended complaint on or before April 7, 2025.

4. The proposed amended complaint shall contain the same case number that is already assigned to this action, 3:25-cv-525, and shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter. *See* FED. R. CIV. P. 8(e).

5. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. 1915(a)(3).

_____
Robert D. Mariani
United States District Judge