IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MICHAEL PIERCE, | : | Civil No. 3:25-cv-525 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| GOVERNMENT OFFICIALS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 2ND day of April, 2025, upon preliminary consideration of Plaintiff's amended complaint (Doc. 24), and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The amended complaint (Doc. 24) is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), (iii) and 28 U.S.C. §§ 1915A(b)(1), (b)(2).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge